**Order entered January 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00835-CV

**MARK POWELL YABLON, Appellant**

**V.**

**MARY ELIZABETH YABLON, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-51636-2009**

## ORDER

The Court has before it appellee's December 21, 2012 motion to substitute counsel. The Court **GRANTS** the motion and **DIRECTS** the clerk to remove Aglaia D. Mauzy as counsel and substitute John A. Stewart as counsel for appellee Mary Elizabeth Yablon.

/s/    ELIZABETH LANG-MIERS
          JUSTICE